Dora V. Lane, Esq.
Nevada Bar No. 8424
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511-2094
Tel. (775) 327-3000
dlane@hollandhart.com

Adam P. KohSweeney, Esq. (pro hac vice)
Katy (Yin Yee) Ho, Esq. (pro hac vice)
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel. (415)984-8700
akohsweeney@omm.com
kho@omm.com

*Attorneys for Defendant Arise Virtual Solutions, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DIAVION DE NIRO, Individually, and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ARISE VIRTUAL SOLUTIONS, INC.,,<br><br>Defendant. | Case No.: 2:24-CV-00695-APG-EJY<br><br>**REVISED JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION AND RESPOND TO COMPLAINT (FIRST REQUEST)** |

Plaintiff Diavion De Niro, individually, and behalf of similarly situated individuals ("Plaintiff") and Defendant Arise Virtual Solutions Inc. ("Defendant" or "Arise") (collectively the "Parties"), by and through their counsel of record, hereby enter the following stipulation, which is the first stipulation to extend time filed with respect to the subject matter herein:

1. On April 10, 2024, Plaintiff filed both the Complaint in the instant lawsuit [Dkt. No. 1] and a Motion for Conditional Certification [Dkt. No. 5];

2. On April 11, 2024, Arise was served with the Summons and Complaint, along with the Motion for Conditional Certification;

1

3. Pursuant to the operative rules, Arise has until April 25, 2024, to respond to Plaintiff's Motion for Conditional Certification, and until May 2, 2024, to respond to Plaintiff's Complaint;

4. Both parties have agreed to a one-week extension of time for Arise to respond to Plaintiff's Motion for Conditional Certification and a one-week extension of time to respond to Plaintiffs' Complaint;

5. Pursuant to LRIA 6-1(a), the reason for the extension is that Arise has not yet appeared in this matter, and has had to arrange for local counsel and needs additional time given the fact that the case was initiated less than a month ago to respond to the Motion for Conditional Certification and Complaint;

**NOW, THEREFORE,** the Parties hereby stipulate and agree as follows:

1. The deadline for Arise to respond to Plaintiff's Motion for Conditional Certification will be extended to and including May 2, 2024;

2. The deadline for Arise to respond to Plaintiff's Complaint shall be extended to and including May 9, 2024; and

3. This Stipulation addresses timing only and is without prejudice to any of the Parties' positions, arguments, allegations, defenses, and/or rights in this matter.

DATED   April 26, 2024

HOLLAND & HART LLP

*/s/ Dora V. Lane*
Dora V. Lane
Holland & Hart LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511-2094
(775) 327-3000
dlane@hollandhart.com

Adam P. KohSweeney (*pro hac vice*)
Katy (Yin Yee) Ho (*pro hac vice*)
**O'Melveny & Myers LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8700

2

akohsweeney@omm.com
kho@omm.com
*Attorneys for Defendant*
*Arise Virtual Solutions, Inc.*

*/s/Sean W. McDonald*
Shannon Liss-Riordan *(pro hac vice)*
Adelaide Pagano *(pro hac vice)*
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Ste 2000
Boston, MA 02116
Tel. (671)-994-5800
sliss@llrlaw.com
apagano@llrlaw.com
mcassorla@llrlaw.com

Kristina Hillman, Nevada Bar No. 7752
Sean W. McDonald, Nevada Bar No. 12817
**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
3199 E. Warm Springs Road, Ste 400
Las Vegas, NV 89120
Tel: (702)508-9282
nevadacourtnotices@unioncounsel.net
khillman@unioncounsel.net
smcdonald@unioncounsel.net
*Attorneys for Plaintiff Diavion De Niro*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 29, 2024