UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| DIAVION DE NIRO, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ARISE VIRTUAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-00695-APG-EJY<br><br>**ORDER** |

Before the Court is the Notice of Withdrawal of Appearance.  ECF No. 49.  This submission is inadequate for the purpose it was filed.  Plaintiff's counsel Adelaide Pagano left the firm Lichten & Liss-Riordan, P.C.  A motion to remove counsel from the service list should be filed if the intent is that Ms. Pagano no longer receives electronic service of materials filed in this case.

The Notice also fails to comply with United States District Court District of Nevada Local Rules IA 10-1 and 10-2 as there is nothing on the first page indicating by whom the Notice was filed and the pages are not consecutively numbered.  LR IA 10-1 states in pertinent part that "[l]ines of text must be numbered consecutively beginning with 1 on the left margin of each page with no more than 28 lines per page."  LR IA 10-2 states "[t]he first page of every document presented for filing must contain the following information in this format, with the attorney or pro se party's name beginning at least one inch below the top of the page."

Accordingly, IT IS HEREBY ORDERED that the Notice of Withdrawal of Appearance (ECF No. 49) is struck from the docket as improperly filed.

Dated this 27th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE