# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIAVION DE NIRO, individually, and on behalf of similarly situated individuals,<br><br>   Plaintiff<br><br>v.<br><br>ARISE VIRTUAL SOLUTIONS, INC.,<br><br>   Defendant | Case No.: 2:24-cv-00695-APG-EJY<br><br>**Order Compelling Opt-in Party Plaintiffs to Arbitration** |

On November 20, 2024, I ordered plaintiff Diavion De Niro to arbitration and stayed her claims pending arbitration. ECF No. 60 at 14.  That order did not decide whether I should also compel the two opt-in party plaintiffs, Giselle Rickelman and Joseph Haymon, to arbitrate, given that they might have different arguments to avoid arbitration.  For the sake of efficiently resolving this dispute, I ordered counsel for the parties "to meet and confer to determine whether, and on what basis, Rickelman and Haymon are subject to a valid arbitration agreement." *Id.* at 15.  If the parties did not agree on a disposition as to those opt-ins, they were to file a joint status report outlining their disputes and proposing a briefing schedule with respect to any further motions to compel arbitration.

The parties filed a joint status report. ECF No. 61.  Counsel for Arise indicates that they "confirmed that the opt-ins [Rickelman and Haymon] are subject to the same arbitration agreement as Plaintiff DeNiro, and counsel for Plaintiff did not indicate that there were any additional arguments with regard to the opt-ins." ECF No. 61 at 3.  Counsel for Rickelman and

Haymon[1] do not dispute this statement.  Instead, they request that I set a briefing schedule for De Niro to file a motion to certify an interlocutory appeal under 28 U.S.C. § 1292. *Id.*

I THEREFORE ORDER that plaintiffs Giselle Rickelman and Joseph Haymon are compelled to arbitration for the same reasons given in the order compelling plaintiff Diavion De Niro to arbitration (ECF No. 60).  Their claims in this case are likewise **STAYED** pending arbitration.

I FURTHER ORDER that if plaintiff Diavion De Niro chooses to file a motion to certify an interlocutory appeal, I approve the schedule set forth in the parties' joint status report.

DATED this 19th day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The status report refers to plaintiffs' counsel as counsel for De Niro, though the record indicates that De Niro, Haymon, and Rickelman share the same counsel. *See* ECF No. 27.