**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIAVION DE NIRO, et al., | Case No.: 2:24-cv-00695-APG-EJY |
| Plaintiffs | **Order for Status Report** |
| v. | |
| ARISE VIRTUAL SOLUTIONS, INC., | |
| Defendant | |

This case has been stayed pending arbitration. ECF No. 62.

I ORDER the parties to file a joint status by July 13, 2026, regarding whether arbitration has been completed and whether this case can be closed.

DATED this 18th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE