**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DIAVION DE NIRO, et al.,

Plaintiffs

v.

ARISE VIRTUAL SOLUTIONS, INC.,

Defendant

Case No.: 2:24-cv-00695-APG-EJY

**Order for Status Report**

On July 13, 2026, the parties indicated this case had settlement and that they expected to file a stipulation of dismissal in approximately 30 days. More than 30 days have passed but the parties have not filed a stipulation of dismissal.

I ORDER the parties to file either a stipulation of dismissal or a joint status by October 2, 2026.

DATED this 18th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE