Shannon Liss-Riordan, Esq. (*pro hac vice*)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
sliss@llrlaw.com

Kristina L. Hillman, Esq., Nevada Bar No. 7752
Sean W. McDonald, Esq., Nevada Bar No. 12817
Weinberg, Roger & Rosenfeld
A Professional Corporation
3199 E. Warm Springs Rd, Ste 400
Las Vegas, NV 89120
P: (702) 508-9282
F: (510) 337-1023
nevadacourtnotices@unioncounsel.net
khillman@unioncounsel.net
smcdonald@unioncounsel.net

*Attorneys for Plaintiff Diavion De Niro*

Dora V. Lane, Esq. (Nevada Bar No. 8424)
Ascent Law, PC
5470 Kietzke Lane, Suite 100
Reno, NV 89511-2094
Tel. (775) 327-3000
dora@ascent-employmentlaw.com

Adam P. KohSweeney, Esq. (*pro hac vice*)
Katy (Yin Yee) Ho, Esq. (*pro hac vice*)
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel. (415) 984-8700
akohsweeney@omm.com
kho@omm.com

*Attorneys for Defendant Arise Virtual Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DIAVION DE NIRO, individually, and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ARISE VIRTUAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-00695-APG-EJY<br><br>**JOINT STIPULATION OF DISMISSAL** |

The parties hereby stipulate to the dismissal with prejudice of the above captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."

Dated: October 1, 2026

Respectfully submitted,

*/s/Shannon Liss-Riordan*

Shannon Liss-Riordan, Esq. *pro hac vice*
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
sliss@llrlaw.com

Kristina L. Hillman, Esq., Nevada Bar No. 7752
Sean W. McDonald, Esq., Nevada Bar No. 12817
Weinberg, Roger & Rosenfeld
A Professional Corporation
3199 E. Warm Springs Rd, Ste 400
Las Vegas, NV 89120
P: (702) 508-9282
F: (510) 337-1023
nevadacourtnotices@unioncounsel.net
khillman@unioncounsel.net
smcdonald@unioncounsel.net

*Attorneys for Plaintiff Diavion De Niro, individually, and on behalf of similarly situated individuals*

*/s/ Katy (Yin Yee) Ho*

Adam P. KohSweeney, Esq. (*pro hac vice*)
Katy (Yin Yee) Ho, Esq. (*pro hac vice*)
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel. (415) 984-8700
akohsweeney@omm.com
kho@omm.com

Dora V. Lane, Esq. (Nevada Bar No. 8424)
Ascent Law, PC
5470 Kietzke Lane, Suite 100
Reno, NV 89511-2094
Tel. (775) 327-3000
dora@ascent-employmentlaw.com

*Attorneys for Defendant Arise Virtual Solutions, Inc.*

IT IS SO ORDERED:

Dated: October 2, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2:24-cv-00695-APG-EJY De Niro v. Arise Virtual Solutions, Inc.